UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: HIGHLAND STREET GROUP, LLC

Case No.  BK-S-09-27639-MKN

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(REAL ESTATE CASE)**

## SUMMARY OF FINANCIAL STATUS

MONTH ENDED: Jul-10          PETITION DATE: 9/22/2009 0:00

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in  $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $605,655 | $605,655 | |
| | b. Total Assets | $7,336,086 | $7,336,086 | $8,159,471 |
| | c. Current Liabilities | $1,000,382 | $1,000,382 | |
| | d. Total Liabilities | $9,009,049 | $9,009,049 | $5,822,942 |
| | | **Current Month** | **End of Prior Month** | **Cumulative (Case to Date)** |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $1,027 | $1,027 | ($123,768) |
| | b. Total Disbursements | $1,027 | $1,027 | $122,634 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | ($1,133) |
| | d. Cash Balance Beginning of Month | $0 | $0 | $1,133 |
| | e. Cash Balance End of Month (c + d) | $0 | $0 | ($0) |
| | | **Current Month** | **End of Prior Month** | **Cumulative (Case to Date)** |
| 4. | Profit/(Loss) from the Statement of Operations | $1,027 | $1,027 | ($402,464) |
| 5. | Account Receivables (Pre and Post Petition) | $605,655 | $605,655 | |
| 6. | Post-Petition Liabilities | $1,000,382 | $1,000,382 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $12,087 | $12,087 | |

| | At the end of this reporting month: | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | X | |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. **Check if paid:** Post-petition taxes ___ ;   U.S. Trustee Quarterly Fees ___ ;   Check if filing is current for: Post-petition tax reporting and tax returns:  X  .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)   **Need court OK to pay from Sutter under consolidated plan.

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 8/18/10                    /s/ David Frank
                                  Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (Real Estate Case)
For the Month Ended  07/31/10

| Actual | Current Month Forecast | Variance | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| | | $0 | 1 | Rent/Leases | ($239,911.53) | |
| | | $0 | 2 | Real Property Sales Gross | | |
| | | $0 | 3 | Interest | $0.13 | |
| | | $0 | 4 | Other Income: | | |
| | | $0 | 5 | | | |
| | | $0 | 6 | | | |
| $0 | $0 | $0 | 7 | **Total Revenues** | ($239,911.40) | $0 |
| | | | | **Expenses:** | | |
| $0 | | $0 | 8 | Cost of Property Sold | | |
| | | | 8a | Initial Cost & Improvement | | |
| | | | 8b | less: Depreciation Taken | | |
| | | $0 | 9 | Selling | | |
| | | $0 | 10 | Administrative | | |
| | | $0 | 11 | Interest | $3,415 | $659 |
| | | $0 | 12 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 13 | Salaries | | |
| | | $0 | 14 | Commissions | | |
| | | $0 | 15 | Management Fees | | |
| | | | | Rent/Lease: | | |
| | | $0 | 16 | Personal Property | | |
| | | $0 | 17 | Real Property | | |
| | | $0 | 18 | Insurance | | |
| | | $0 | 19 | Depreciation | $118,193 | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | $9,489 | $3,955 |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Expenses: | | |
| | | $0 | 24 | Bank Charges | $129 | |
| | | $0 | 25 | Licenses & Fees | $200 | $18 |
| ($1,027) | | $1,027 | 26 | Legal | $1,948 | |
| | | $0 | 27 | Utilities-Water | $254 | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| ($1,027) | $0 | $1,027 | 32 | **Total Expenses** | $133,627 | $4,632 |
| $1,027 | $0 | $1,027 | 33 | **Subtotal** | ($373,539) | ($4,632) |
| | | | | **Reorganization Items:** | | |
| | X | $0 | 34 | Professional Fees | $24,225 | |
| | | $0 | 36 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 37 | Gain or (Loss) from Sale of Equipment | | |
| $0 | | $0 | 38 | U.S. Trustee Quarterly Fees | $975 | |
| | | $0 | 39 | Appraisal Fee | $3,725 | |
| $0 | $0 | $0 | 40 | **Total Reorganization Items** | $28,925 | $0 |
| $1,027 | $0 | $1,027 | 41 | **Net Profit (Loss) Before Federal & State Taxes** | ($402,464) | ($4,632) |
| | | $0 | 42 | Federal & State Income Taxes | | |
| $1,027 | $0 | $1,027 | 43 | **Net Profit (Loss)** | ($402,464) | ($4,632) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

## BALANCE SHEET
(Real Estate Case)
For the Month Ended    7/31/2010 0:00

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $605,655 |
| 4 | Prepaid expenses | | |
| 5 | Professional retainers | | |
| 6 | Other: | | |
| 7 | | | |
| 8 | **Total Current Assets** | | $605,655 |
| | **Property and Equipment (Market Value)** | | |
| 9 | Real property | C | $4,350,000 |
| 10 | Machinery and equipment | D | $58,630 |
| 11 | Furniture and fixtures | D | $0 |
| 12 | Office equipment | D | $0 |
| 13 | Leasehold improvements | D | $0 |
| 14 | Vehicles | D | $0 |
| 15 | Other: | D | |
| 16 | | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | **Total Property and Equipment** | | $4,408,630 |
| | **Other Assets** | | |
| 21 | Loans to shareholders | | |
| 22 | Loans to affiliates | | |
| 23 | Investment in Sutter (moved to liability) | | |
| 24 | Contributing Members Pref | | $2,321,801 |
| 25 | | | |
| 26 | | | |
| 27 | **Total Other Assets** | | $2,321,801 |
| 28 | **Total Assets** | | $7,336,086 |

**NOTE:** Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

X

## Liabilities and Equity
### (Real Estate Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 29 | Salaries and wages | | | |
| 30 | Payroll taxes | | | |
| 31 | Real and personal property taxes | | | |
| 32 | Income taxes | | | |
| 33 | Sales taxes | | | |
| 34 | Notes payable (short term) | | | |
| 35 | Accounts payable (trade) | A | | $12,087 |
| 36 | Real property lease arrearage | | | |
| 37 | Personal property lease arrearage | | | |
| 38 | Accrued professional fees | | | |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 40 | Other: | | | |
| 41 | Less: Priority Unsecured Claim Line 48 | | | ($3,163) |
| 42 | Investment in Sutter/RE adjustment | | | $991,459 |
| 43 | **Total Current Liabilities** | | | $1,000,382 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 45 | **Total Post-Petition Liabilities** | | | $1,000,382 |

**Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---|
| 46 | Secured claims | F | $4,100,734 |
| 47 | Priority unsecured claims | F | $3,163 |
| 48 | General unsecured claims | F | $3,904,770 |
| 49 | **Total Pre-Petition Liabilities** | | $8,008,667 |
| 50 | **Total Liabilities** | | $9,009,049 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 51 | Retained Earnings/(Deficit) at time of filing | ($1,222,254) |
| 52 | Capital Stock | |
| 53 | Additional paid-in capital | |
| 54 | Cumulative profit/(loss) since filing of case | ($402,464) |
| 55 | Post-petition contributions/(distributions) or (draws) Pref Accrual | $138,849 |
| 56 | Capital Contrbution | $2,107,256 |
| 57 | Market value adjustment | ($2,294,350) |
| 58 | **Total Equity (Deficit)** | ($1,672,963) |
| 59 | **Total Liabilities and Equity (Deficit)** | $7,336,086 |

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
(Real Estate Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $0 | |
| 31-60 Days | | | |
| 61-90 Days | | $325 | $12,087 |
| 91+ Days | $605,655 | $11,762 | |
| Total accounts receivable/payable | $605,655 | $12,087 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $605,655 | | |

### Schedule B
### Inventory/Cost of Goods Sold
### Not Applicable to Real Estate Cases

### Schedule C
### Real Property

| Description | Cost | Market Value |
|---|---|---|
| APN 162-09-110-035 land and improvements | $0 | |
| APN 162-09-110-035 land and building with improvements | $0 | |
| Original Cost $2,745,395.99 | $2,745,396 | |
| Improvements $2,975,965.30 | $2,975,965 | |
| Appraised Market Value of Real Estate | $0 | $4,350,000 |
| Loan Fees Less Amortization | $0 | |
| Total | $5,721,361 | $4,350,000 |

### Schedule D
### Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| FF&E | $1,366,317 | |
| Refrigeration Equipment | $11,991 | |
| Depreciation (Bldg & Equipment - all) | ($396,690) | |
| Loan Fees Less Amortization (included above) | $0 | $58,630 |
| Total | $981,618 | $58,630 |

Furniture & Fixtures -
  Included above

| | | |
|---|---|---|
| Total | $0 | $0 |

Office Equipment -
  Included above

| | | |
|---|---|---|
| Total | | $0 |

Leasehold Improvements -
  Included above

| | | |
|---|---|---|
| Total | $0 | $0 |

Vehicles -
  None

| | | |
|---|---|---|
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $9,489 | $9,489 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $9,489 | $9,489 |
| **Total Taxes** | $0 | $0 | $0 | $9,489 | $9,489 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $4,100,734 | $4,100,734 |
| Priority claims other than taxes | | |
| Priority tax claims | $3,163 | $3,163 |
| General unsecured claims | $3,904,770 | $3,904,770 |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Revised 1/1/98

## Schedule G
## Rental Income Information

**List the Rental Information Requested Below By Properties**

|  | Property 1 | Property 2 | Property 3 | Property 4 |
|---|---|---|---|---|
| Description of Property | | | | |
| Scheduled Gross Rents | | | | |
| Less: | | | | |
|     Vacancy Factor | | | | |
|     Free Rent Incentives | | | | |
|     Other Adjustments | | | | |
| Total Deductions | $0 | $0 | $0 | $0 |
| Scheduled Net Rents | $0 | $0 | $0 | $0 |
| Less:  Rents Receivable * | | | | |
| Scheduled Net Rents Collected * | $0 | $0 | $0 | $0 |

\* To be completed by cash basis reporters only.

## Schedule H
## Recapitulation of Funds Held at End of Month

|  | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | | | | |
| Account Type | | | | |
| Account No. | | | | |
| Account Purpose | | | | |
| Balance, End of Month | | | | |
| Total Funds on Hand for all Accounts | $0 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended 7/31/2010 0:00

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | Net Income | | ($403,491) |
| 8 | Adjustments to reconcile net income to net cash provided | | |
| 9 | by operating activities | | |
| 10 | A/P | $1,027 | $12,087 |
| 11 | Prepaid & other liability | | $267,637 |
| 12 | **Total Cash Receipts** | $1,027 | ($123,768) |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | $9,489 |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Adjustments for non-cash and accrued | | |
| 33 | Depreciation | | $118,193 |
| 34 | A/P reversal | $1,027 | ($8,462) |
| 35 | | | |
| 36 | Loan Fees Amortization w/o | | $3,415 |
| 37 | **Total Cash Disbursements:** | $1,027 | $122,634 |
| 38 | **Net Increase (Decrease) in Cash** | $0 | ($1,133) |
| 39 | **Cash Balance, Beginning of Period** | $0 | $1,133 |
| 40 | **Cash Balance, End of Period** | $0 | ($0) |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
(Optional) Increase/(Decrease) in Cash and Cash Equivalents
For the Month Ended  7/31/2010 0:00

| # | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid for Development of Real Estate | | |
| 5 | Cash Paid for Operation of Real Estate | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | Net Income | | ($402,464) |
| 22 | Adjustments to reconcile Net Income to Net cash provided by operations: | | |
| 23 | Prepaid Legal Retainer adjustment | | $24,225 |
| 24 | Acounts Payable | $1,027 | $13,114 |
| 25 | Other liabilities | | $243,412 |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $1,027 | ($121,713) |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | X | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0  X | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $1,027 | ($121,713) |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures - ACCUM DEPRECIATION | | $118,193 |
| 35 | | | |
| 36 | Loan Fees | | $3,415 |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $121,608 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | $1,027 | $1,027 |
| 43 | **Net Cash Provided (Used) by Financing Activities** | ($1,027) | ($1,027) |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | ($1,133) |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $0 | $1,133 |
| 46 | **Cash and Cash Equivalents at End of Month** | $0 | $0 |

Revised 1/1/98